**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **GENE CINTRON, individually and on behalf of all other similarly situated;** | CASE NO. 1:12-cv-11064-JLT |
| **Plaintiffs,** | |
| - against - | |
| **BJ'S WHOLESALE CLUB, INC.** | |
| **Defendant.** | |

**PARTIES' JOINT MEDIATION STATUS REPORT**

Plaintiff Gene Cintron ("Plaintiff"), by and through his counsel, and Defendant BJ's Wholesale Club, Inc. ("Defendant"), by and through its counsel (collectively referred to herein as the "Parties"), respectfully submit the following Joint Mediation Status Report pursuant to the Court's Order dated February 22, 2013:

1.      On February 21, 2012, the Court entered an Order further staying the proceedings in this action pending mediation, and appointing Michael E. Dickstein, Esq. as mediator.

2.      On February 22, 2013, the Court issued an order requiring the parties to report on the result of mediation by May 15, 2013.  The Parties hereby submit that report.

3.      On April 2, 2013, the Parties conducted private mediation in the action with the assistance of mediator Michael E. Dickstein, Esq.  As a result of the mediation, the Parties have reached an agreement in principle to settle to all claims asserted in this action, as well as additional claims to be asserted through an Amended Complaint.

4.      As a result of the agreement in principle to settle this action, the Parties anticipate that Plaintiff will shortly file an unopposed Amended Complaint that will add an additional named Plaintiff, as well as certain additional claims under the FLSA and the laws of certain states, each of which will be resolved by the proposed settlement.

5.      The Parties are working diligently to finalize the settlement agreement in this action, and to submit, for the Court's consideration, a motion for preliminary approval of the settlement (which will be accompanied by a proposed notice to the class and proposed claim form package).  The Parties anticipate finalizing the settlement agreement, and filing the motion for preliminary approval, in the next several weeks.

Date: May 15, 2013                                    Respectfully submitted,

_s/ Philip J. Gordon_                              _s/ Gregory C. Keating_____
Philip J. Gordon                                   Gregory C. Keating
BBO # 630989                                       BBO# 564523
pgordon@gordonllp.com                              gkeating@littler.com
Gordon Law Group                                   Littler Mendelson, P.C.
585 Boylston Street                                One International Place, Suite 2700
Boston, MA 02116                                   Boston, MA 02110
Telephone: 617.536.1800                            Telephone: 617.378.6003
Facsimile: 617.536.1802                            Facsimile: 617.737.0052

Michael A. Josephson                               Lisa Ann Schreter
Admitted _Pro Hac Vice_                            Admitted _Pro Hac Vice_
mjosephson@fhl-law.com                             lschreter@littler.com
Fibich, Hampton, Leebron, Briggs &                 Littler Mendelson, P.C.
Josephson, LLP                                     3348 Peachtree Road, N.E., Suite 1100
1150 Bissonnet                                     Atlanta, GA 30326-1008
Houston, TX 77005                                  Telephone: 404.233.0330
Telephone: 713.751.0025                            Facsimile: 404.233.2361
Facsimile: 713.751.0030

_Attorneys for Plaintiff Gene Cintron_

Richard W. Black
Admitted *Pro Hac Vice*
*rblack@littler.com*
Littler Mendelson, P.C.
1150 17th St., N.W., Suite 900
Washington, DC 20036
Telephone: 202.842.3400
Facsimile: 202.842.0011

*Attorneys for Defendant BJ's Wholesale Club, Inc.*

## CERTIFICATE OF SERVICE

I, Gregory C. Keating, hereby certify that on this 15th day of May, 2013, the foregoing Parties' Joint Mediation Status Report was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing and via first class mail to all non-registered participants identified on the Notice of Electronic Filing.

/s/ Gregory C. Keating
Gregory C. Keating