**EXHIBIT A-1**

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS
*Cintron, et al. v. BJ's Warehouse Club, Inc.*

## OFFICIAL NOTICE OF SETTLEMENT OF CLASS AND COLLECTIVE ACTION

**To:**   **Certain Present and Former Asset Protection Managers, Loss Prevention Managers, and Personnel Managers at BJ's Warehouse Club, Inc.**

**Re:**   **Settlement of Class and Collective Action Lawsuit**

**Date:   _____, 2013**

A former Asset Protection Manager (also known as Loss Prevention Manager) of BJ's Wholesale Club, Inc. filed a lawsuit against BJ's alleging that he, and others who have held the Loss Prevention Manager or Asset Protection Manager positions at BJ's, should have been classified as a non-exempt employee and was entitled to overtime pursuant to the federal Fair Labor Standards Act ("FLSA"). A current employee of BJ's who previously held the Personnel Manager position later joined the lawsuit and asserted the same allegations with respect to the Personnel Manager position. The Plaintiffs also later amended the original Complaint in this case to add claims under the laws of certain states. On _____, 2013, the Court granted preliminary approval of a proposed settlement ("Settlement") as set forth in a Stipulation and Settlement Agreement ("Settlement Agreement"). The following pages tell you about your rights and responsibilities under the proposed Settlement. **You are receiving this Notice because you held one or more of the following positions during the time period stated in the Notice and as such you are eligible to receive money from this Settlement**: Asset Protection Manager, Loss Prevention Manager, and/or Personnel Manager.

## INTRODUCTION

- The parties to this lawsuit have reached a proposed resolution to settle this case. Please read this Notice carefully. It contains important information about your rights concerning the class action settlement described below.

- You can choose to: (1) participate in the Settlement by filing a Claim Form Package; (2) do nothing; (3) request to be excluded from the Settlement; or (4) object to the terms of the Settlement.

- As described more fully below, to participate in the Settlement, you must send a properly completed Claim Form Package to the Claims Administrator that must be received by the Claims Administrator by _____, 2013. If you fail to submit a timely Claim Form Package, you will receive no money from the Settlement. Depending on what state you live in (*see* below), unless you "Opt-Out" of the Settlement by timely sending a written, signed statement to the Claims Administrator that you are opting out of the

1

settlement, you may be bound by the terms of the Settlement, whether or not you timely submit a Claim Form Package.

• The law prohibits retaliation against current or former employees who participate in this settlement.

## IMPORTANT DEADLINES:

• Deadline to opt-out of the Settlement: must be received by the Claims Administrator by _____, 2013.

• Deadline to object to the Settlement: must be filed with the Court and served by _____, 2013.

• Deadline to submit Claim Form Package: must be received by the Claims Administrator by _____, 2013.

This Notice explains the lawsuit and the terms of the Settlement and explains your rights and obligations.  The Notice should not be understood as an expression of any opinion by the Court as to the merits of any of the claims or defenses asserted by the parties.  The Notice contains information about the following topics:

|  |  |
|---|---|
| **1.** | What is the Lawsuit About and Why Was This Notice Sent? |
| **2.** | Who is Affected by the Proposed Settlement? |
| **3.** | What Are Your Options? |
| **4.** | What Are the Terms of the Proposed Settlement and How Much Can You Expect to Receive? |
| **5.** | Who Represents the Parties and How Will the Attorneys for the Class Get Paid? |
| **6.** | Who Is The Claims Administrator? |
| **7.** | How Can You Participate in the Settlement? |
| **8.** | What If You Do Nothing? |
| **9.** | No Retaliation |
| **10.** | How Can You Exclude Yourself or "Opt-Out" of the Settlement? |
| **11.** | How Can You Object? |
| **12.** | What if You Have Questions? |

**1.     What is the Lawsuit About and Why Was This Notice Sent?**

A former Asset Protection Manager/Loss Prevention Manager (referred to in this notice as "Asset Protection Manager") and a former Personnel Manager of BJ's Wholesale Club, Inc. ("BJ's" or the "Company") sued BJ's in a lawsuit filed in the United States District Court for the District of Massachusetts (*Cintron, et al. v. BJ's Wholesale, Club, Inc.*, Case No. 1:12-cv-11064-JLT) (the "Litigation") claiming that Asset Protection Managers (also called Loss Prevention Managers) and Personnel Managers were not paid proper overtime wages for weeks in which they worked more than 40 hours because they were classified by the Company as "exempt" from federal and state overtime pay requirements.

2

BJ's has denied (and continues to deny) the allegations made by the Plaintiffs, and contends that Plaintiffs and the members of the Putative FLSA Class and Putative State Law Class (together, the "Settlement Classes") were important members of club management who are properly classified as exempt employees under the FLSA and applicable state wage and hour laws, and that Plaintiffs and the members of the Settlement Classes were salaried employees provided all compensation as required by law.  BJ's contends that it has complied with all aspects of the FLSA and state law.

The lawsuit is before Judge Joseph L. Tauro of the United States District Court for the District of Massachusetts.  The attorneys for the Parties have conducted substantial investigation, have exchanged significant information and documents, and have researched the legal and factual issues relating to the claims and defenses that are contained in the Litigation.

The Parties prepared for and engaged in formal mediation on April 2, 2013.  The mediation was presided over by Michael E. Dickstein, Esq., an experienced class and collective action mediator, and resulted in the Settlement Agreement.  Class Counsel believes that further proceedings in the Litigation against BJ's, including trial and probable appeals, would be very expensive and protracted and uncertain as to likelihood of success and amount of damages, if any.  Therefore, upon careful consideration of all of the facts and circumstances, Class Counsel believes that the settlement agreement negotiated with BJ's is fair, reasonable, and adequate, and is in the best interest of the individuals who are eligible to participate, and the Court agreed with that assessment.

On _____, 2013, the Court granted preliminary approval of the proposed settlement ("Settlement") as set forth in a Stipulation and Settlement Agreement ("Settlement Agreement").  The Court's preliminary approval followed a hearing during which the Court considered whether: (1) the settlement was fair, reasonable and adequate to members of the Settlement Classes (as defined in Section 2 below); (2) an application by Class Counsel (as defined in Section 5 below) for approval to represent the Settlement Classes, an award of attorneys' fees, costs and expenses, and a service payment to the named Plaintiffs in the Litigation should be approved and in what amount; and (3) a Preliminary Approval Order should be entered.

Having granted preliminary approval of the Settlement, the Court has scheduled a hearing on _____ at _____ _.m. at the United States District Court for the District of Massachusetts located at 1 Courthouse Way, Boston, Massachusetts 02210 to determine whether to grant final approval.  This Notice tells you about your rights and responsibilities under the proposed Settlement.

## 2.    Who is Affected by the Proposed Settlement?

The proposed Settlement affects individuals who worked for BJ's in Asset Protection Manager, Loss Prevention Manager, and Personnel Manager positions between July 19, 2009 and _____, 2013.

The Litigation is being settled as both as a "collective action" under the federal Fair Labor Standards Act ("FLSA") and a "class action" (under the laws of certain states). In a collective action, Plaintiffs sue under the FLSA on behalf of themselves and of other persons who are alleged to be "similarly situated." In a state law class action, Plaintiffs sue under the laws of certain states on behalf of themselves and others who they contend share common claims.

The Court has conditionally certified a collective action under the FLSA and has also preliminarily certified a class action under the wage and hour laws of various states (those states are listed below in the definition of the Putative State Law Class) for settlement purposes only. The classes that the court has conditionally or preliminarily certified, for settlement purposes only, are defined as follows:

**PUTATIVE FLSA CLASS**: The Putative FLSA Class consists of individuals who were employed by BJ's as an Asset Protection Manager, Loss Prevention Manager, or Asset Protection Manager, or Personnel Manager from July 19, 2009 through and including entry of the Preliminary Approval Order dated _____.

**PUTATIVE STATE LAW CLASS**: The Putative State Law Class consists of all individuals who were employed by BJ's as an Asset Protection Manager, Loss Prevention Manager, or Personnel Manager in Connecticut, Delaware, Florida, Georgia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, and/or Virginia from July 19, 2009 through and including entry of the Preliminary Approval Order dated _____.

You can be in either the Putative FLSA Class, the Putative State Law Class, *or both*, and, if so, you can take part in the Settlement by returning a Claim Form Package to the Claims Administrator so that it is received by the Claims Administrator by _____, 2013. If you do not return the Claim Form Package, you may nevertheless be a member of the State Law Settlement Class and, if so, your rights will be impacted if the Settlement is approved by the Court. *See* the "What If You Do Nothing?" section below.

The Court has not yet made a final determination that the Litigation could be litigated as a class or collective action. If the Court does not approve this settlement, the conditional class and collective action certifications will have no effect or precedential value in any subsequent proceedings in the Litigation or in any other litigation.

3.      **What Are Your Options?**

You have four options with regards to this Settlement. You can:

(1)     participate in the Settlement by timely filing a Claim Form Package;

(2)     do nothing;

(3)     request to be excluded from the Settlement; or

4

(4)     object to the terms of the Settlement.

Details about how each option would affect your rights are explained below.

**4.      What Are the Terms of the Proposed Settlement and How Much Can You Expect to Receive?**

If the Settlement is approved, BJ's will pay a maximum of $2,700,000 ("Maximum Gross Settlement Amount") to settle all claims in this Litigation.  Class Counsel's attorney's fees, costs and expenses, costs of settlement administration, mediation costs and fees, service payments to the two named Plaintiffs, employee-paid withholding and payroll taxes, and all other settlement-related payments, which will likely be substantial, will be paid from the Maximum Gross Settlement Amount.

After these deductions, the resulting amount ("Revised Maximum Gross Settlement Amount") is anticipated to be $_____.  <u>This amount will be distributed among members of the Settlement Classes who timely submits a valid Claim Form Package</u>.  In general terms, the amount each person who returns the Claim Form Package will receive will be determined as follows:

> The Revised Maximum Gross Settlement Amount shall be divided by the gross number of weeks of employment in an Asset Protection Manager, Loss Prevention Manager, or Personnel Manager position by all members of the Settlement Classes from July 19, 2009, through and including the date the Court enters its Preliminary Approval Order to establish a "per week" amount.  Each member of the Settlement Classes shall be eligible to receive a potential Settlement Payment in amount equal to the "per week" amount multiplied by the number of weeks that individual was employed by BJ's in Asset Protection Manager, Loss Prevention Manager, or Personnel Manager position from July 19, 2009, through and including the date the Court enters its Preliminary Approval Order.

Each member of the Settlement Classes who timely submits a valid Claim Form Package will thus get a proportional share based upon the length of time they worked as an Asset Protection Manager, Loss Prevention Manager, and/or Personnel Manager during the time period applicable to the Settlement.

The number of weeks that you worked in an Asset Protection Manager, Loss Prevention Manager, or Personnel Manager position during the period covered by the Settlement, as reflected in the records provided by BJ's to the Claims Administrator, is set forth in the Claim Form Package included with this Notice.  <u>Also indicated is the amount that you would be anticipated to receive if the Settlement is approved and the requested attorneys' fees and costs and named plaintiff service payments are approved.</u>  If you believe that the number of weeks indicated is not accurate, you can indicate your disagreement on the Claim Form, but if you do so, you must timely provide documentation supporting your claim.

The period covered by the Settlement for you is July 19, 2009 through the date of _____, 2013, and begins earlier if you filed with the Court a written consent to join the Litigation before July 19, 2012, in which case for you the period covered by the Settlement is the date that is three years prior to the date on which you filed your consent with the Court, as reflected on the Court's docket.

In addition to the Maximum Gross Settlement Amount, BJ's shall be responsible for paying all employer-paid payroll taxes including FUTA and the employer's share of FICA and state unemployment, as required by law with respect to settlement payments to members of the Settlement Classes who timely submit a valid claim form package.  The members of the Settlement Classes who timely submit a valid claim form package will be responsible for their own tax obligations.  BJ's sole monetary obligations under the Settlement Agreement shall be the Maximum Gross Settlement Amount and the employer-paid payroll taxes as required by law and referred to immediately above.

BJ's shall only fund the Settlement up to the extent necessary to cover all claims, fees, costs and awards, and BJ's shall retain all amounts not paid out as attorney's fees, costs and expenses for the lawyers representing the plaintiff classes, costs of settlement administration, mediation costs and fees, service payments, employee-paid withholding and payroll taxes, and all other settlement-related payments and costs.

Each individual who submits a timely and valid Claim Form Package (including the Claim and Consent to Join Form, Substitute IRS W-9 Form, and Appendix A (Release of Claims) or who worked in Connecticut, Delaware, Florida, Georgia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, and/or Virginia and does not opt-out, is deemed to fully and finally release and discharge BJ's and BJ's and each of its past, present, and future parent companies, affiliates, subsidiaries, divisions, predecessors, successors, partners, owners, joint venturers, affiliated organizations, shareholders, insurers, reinsurers and assigns, and each of its/their past, present and future officers, directors, trustees, agents, employees, attorneys, contractors, representatives, plan fiduciaries and/or administrators, benefits plans sponsored or administered by BJ's, divisions, units, branches and any other persons or entities acting on their behalf, including any party that was or could have been named as a defendant in the Litigation and any individual or entity which could be jointly liable with BJ's and any other persons or entities acting on its behalf, including any party that was or could have been named as a defendant in the Litigation (together with BJ's, the "Released Persons") from each of the claims identified in Appendix A ("Release of Claims" ) to the Claim Form Package with accompanied this Notice.

5.      **Who Represents the Parties and How Will the Attorneys for the Class Get Paid?**

Attorneys for Plaintiffs & the Settlement Classes ("Class Counsel"):

FIBICH, HAMPTON, LEEBRON, BRIGGS & JOSEPHSON, LLP
Michael Josephson, Esq.
1150 Bissonnet

6

Houston, Texas 77005
(888) 751-7050

GORDON LAW GROUP
Philip J. Gordon, Esq.
585 Boylston Street
Boston, Massachusetts 02116
(617) 536-1802

Class Counsel will apply to the Court for legal fees in an amount of no more than thirty-three percent (33%) of the Maximum Gross Settlement Amount, and reimbursement of reasonable costs and expenses of litigation, also to be paid from the Maximum Gross Settlement Amount.  Class Counsel will also request service payments awards of no more than $5,000 for each of the two named Plaintiffs to be paid from the Maximum Gross Settlement Amount.  The actual amount awarded will be determined by the Court to ensure that the amount of attorneys' fees, costs, and expenses, and service payments to the named Plaintiffs, is reasonable.

Attorneys for Defendant are:

LITTLER MENDELSON, P.C.
Lisa A. Schreter, Esq.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, Georgia 30326
(404) 233-0330

**6.      Who Is The Claims Administrator?**

The settlement process is being administered by Class Action Administration, Inc. (the "Claims Administrator"), a company that provides settlement and claims administration services and that has been approved by the Court to act as the Claims Administrator for purposes of this settlement, and whose duties are described in the Settlement Agreement.  All of the costs and fees of the Claims Administrator shall be paid out of and deducted from the Maximum Gross Settlement Amount.

**7.      How Can You Participate in the Settlement?**

Enclosed with this Notice you will find a "Claim Form Package".  The term "Claim Form Package" in this Notice refers to the following documents collectively: the Claim and Consent to Join Form, the Substitute IRS W-9 Form, and Appendix A (Release of Claims).  You may also obtain a copy of the Claim Form Package by contacting the Claims Administrator listed below. The address of the Claims Administrator appears at the end of this Notice.

If you return the enclosed Claim Form Package so that it is received by the Claims Administrator by _____, 2013 and the Court gives final approval to the Settlement, you will receive a monetary award, as set forth above.  Please note:

**THE CLAIM FORM PACKAGE MUST BE FULLY COMPLETED AND RETURNED TO THE CLAIMS ADMINISTRATOR AT THE ADDRESS SET FORTH BELOW WITHIN SIXTY (60) CALENDAR DAYS OF THE DATE THAT THIS NOTICE AND THE CLAIM FORM PACKAGE WERE POSTMARKED (BY _____, 2013).   THEREFORE, FOR YOUR CLAIM TO BE CONSIDERED TIMELY, YOUR ENTIRE FULLY COMPLETED CLAIM FORM PACKAGE MUST BE RECEIVED BY THE CLAIMS ADMINISTRATOR ON OR BEFORE SIXTY (60) CALENDAR DAYS AFTER THE DATE THAT THIS NOTICE AND THE CLAIM FORM PACKAGE WERE POSTMARKED (BY _____, 2013).   CLAIMS RECEIVED AFTER THAT DATE WILL BE DEEMED UNTIMELY AND YOU WILL NOT BE ELIGIBLE TO RECEIVE A SETTLEMENT SHARE.**

Completed Claim Form Packages must be mailed to:

*Cintron v. BJ's Wholesale Club, Inc.*
c/o Class Action Administration, Inc., Claims Administrator
[Address]
[Phone number]

Please follow the directions on the Claim Form Package carefully.  If you require assistance, you may contact the Claims Administrator.

**8.      What if You Do Nothing?**

Individuals who do not timely return the Claim Form Package enclosed with this Notice or submit a request for exclusion from the Settlement will not receive any money from the Settlement.

If you have already filed a formal consent to join this Litigation with the Court and do nothing more, you will be bound by the Settlement and will, upon approval of the Settlement by the Court and that approval becoming final, be deemed to have released all your federal, state, and local claims for payment of hours worked for BJ's during the Relevant Period applicable to you.  You will receive a payment by mail at your last known address.

If you do nothing and have worked for BJ's in Connecticut, Delaware, Florida, Georgia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, and/or Virginia, upon approval of the Settlement by the Court and that approval becoming final, you will be deemed to have released and waived any claims during the Relevant Period applicable to you under state or local laws, which were, or could have been, alleged based on the facts set forth in the Complaint.  You may still have the right under federal or Ohio law to file a complaint if the deadline to file such a claim has not already expired.  However, you will not receive any money pursuant to this Settlement.

8

**9.      No Retaliation**

Whether you are a current or former BJ's employee, your decision as to whether or not to submit a Claim Form Package will in no way affect your employment with BJ's.  BJ's is prohibited by law from taking any action against employees who join the Litigation or participate in the Settlement.

**10.     How Can You Exclude Yourself or "Opt-Out" of the Settlement?**

If you are a member of the Putative State Law Class described above (meaning you worked in an Asset Protection Manager, Loss Prevention Manager, or Personnel Manager position in a BJ's store in the state indicated during the period indicated), you may exclude yourself from the Settlement (and, thus, inclusion in the final State Law Settlement Class) by submitting a "Request for Exclusion" to the Claims Administrator.  If you exclude yourself, you will not participate in these proceedings, nor will you receive any recovery from the Revised Gross Maximum Settlement Amount.  You will also retain the right to assert any claims you may have against BJ's relating to the payment of wages or hours of work.

To exclude yourself from the State Law Settlement Class, you must submit a Request for Exclusion from the settlement class, in writing to the Claims Administrator, so that it is received by the Claims Administrator no later than _____, 2013. This Request for Exclusion should include your name (and former names, if any), current address, telephone number, Social Security number, and the dates of employment with Defendant, and should state: (1) that you are requesting to be excluded from the Parties' settlement in the case *Cintron, et al. v. BJ's Wholesale Club, Inc.*, Case No. 1:12-cv-11064-JLT; and (2) that you understand that by excluding yourself from the Settlement, you will receive no funds in conjunction with the case.

If you are *not* a member of the Putative State Law Class described above, you need not do anything to exclude yourself from this Settlement as you will only be a member of the FLSA Settlement Class if you timely submit a Claim Form Package to the Claims Administrator at the address at the end of this Notice.

**11.     How Can You Object?**

You can only object to the terms of the Settlement if you are a member of the Putative State Law Class and *if you do not* submit a timely and complete Request for Exclusion.  You may both object to the Settlement or to the payment requests and participate in the Settlement, but you must timely file a Claim Form Package to receive any money.

In order to object to the terms of the Settlement you must file a copy of your written objection with the Court at the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and mail a copy of your written objection to the counsel for the parties identified above no later than _____, 2013.  Any written objection must be signed and state each specific reason in support of your objection and any legal support for each objection. *PLEASE DO NOT TELEPHONE THE COURT.*

If you submit a timely objection, you may also appear (but do not have to appear), at your own expense, at the Final Approval Hearing.  However, to appear at the Final Approval Hearing in Court, you must first submit a "Notice of Intention to Appear at the Final Approval Hearing" - which is currently set for _____, 2013 at _____ _.m. at the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210. You can represent yourself or appear through your own attorney. To do so, you or your attorney must also file a "Notice of Appearance" with the Clerk of the United States District Court, District of Massachusetts, and deliver copies to each of the attorneys listed above, no later than _____, 2013.

If you intend to object to the terms of the Settlement, but wish to receive your share of the Revised Gross Maximum Settlement Amount, you must still timely submit your Claim Form Package as stated above.  Otherwise, if the Court approves the Settlement and you have not timely submitted a Claim Form Package, you will not receive any proceeds from the Settlement.

## 12.     What if You Have Questions?

This Notice only summarizes this lawsuit, the Settlement, and related matters.  For more information about the Settlement or if you have any questions regarding the Settlement, you may examine the Court file for the lawsuit, contact the Claims Administrator or contact Class Counsel.

In order to see the complete court file, including a copy of the Settlement Agreement, you should visit the Clerk of the Court, United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210.  The Clerk will make all files relating to this lawsuit available to you for inspection and copying at your expense.

You can contact Class Counsel at the address or numbers listed in Section 5, above.  You may also obtain additional information concerning the Settlement from www._____.com or by contacting the Claims Administrator at:

*Cintron v. BJ's Wholesale Club, Inc.*
c/o Class Action Administration, Inc., Claims Administrator
[Address]
[Phone number]

You can also contact the Attorneys for the Plaintiffs & the Settlement Classes at the address and websites set forth earlier in this Notice.

Finally, **it is your responsibility to inform the Claims Administrator of your correct address**.  Please sign and mail any change of address along with your Social Security Number, date of birth, former address and new address to the Claims Administrator at the address listed above.

**<u>Do Not Call or Write the Court or Office of the Clerk to Obtain Copies of the Claim Form Package, to Ask Questions About the Settlement, or to Ask Questions about the Claims Process.</u>**

Dated: _____, 2013¶