**EXHIBIT 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENE CINTRON AND ERIN WALTON,
individually and on behalf of all other
similarly situated;

CASE NO. 1:12-cv-11064-JLT

Plaintiffs,

- against –

BJ'S WHOLESALE CLUB, INC.

Defendant.

## AFFIDAVIT OF JASON DEKDEBRUN REGARDING ADMINISTRATION

I, Jason A. Dekdebrun, hereby declare as follows:

1. I am a Senior Analyst for Class Action Administration, Inc. ("CAA"), a class action administration company. I have personal knowledge of the matters set forth herein and if called as a witness, would testify competently thereto.

2. On or about October 18, 2013, CAA was retained by BJ's Wholesale Club, Inc. to send notice of the Settlement Agreement to all members of the Settlement Classes, as well as process Claim Form Packages and exclusion requests submitted by members of the Settlement Classes.

3. On October 18, 2013, CAA mailed a copy of the "Official Notice of Settlement of Class and Collective Action," personalized "Claim and Consent to Join Form," "Substitute IRS W-9 Form" and "Appendix A - Release of Claims" (collectively "Notice Packet") to 995 members of the Settlement Classes.

4. On November 18, 2013, CAA mailed 740 postcards to members of the Settlement Classes who had not, as of that date, returned a Claim Form Package. The postcard reminded members of the Settlement Classes that they had until December 18, 2013 to submit a Claim Form Package. A representative copy of the reminder postcard is attached as Exhibit A.

5. The Notice Packet informed recipients that any member of the Settlement Classes who wanted to object to the terms of the Settlement could do so by filing a copy of their written objection with the Court no later than December 18, 2013.

6.      As of January 20, 2014, CAA has not received any objections to the Settlement, and I am not aware of any objections to the Settlement that have been filed with the Court.

7.      The Notice Packet also informed recipients that any member of the Settlement Classes who wanted to exclude themselves from the Settlement ("opt out") must submit a Request for Exclusion to CAA so that it was received no later than December 18, 2013.

8.      As of January 20, 2013, CAA has not received any requests from members of the Settlement Classes to exclude themselves from the Settlement.

9.      The personalized Claim and Consent to Join Form that was contained in the Notice Packet informed members of the Settlement Classes of the number of weeks they worked in a Covered Position, according to Defendant's records, and of their expected dollar share of the settlement. The Claim and Consent to Join Form also informed members of the Settlement Classes that, to the extent they believed the number of weeks listed was incorrect, they had the opportunity to supply CAA with what they believed to be their correct number of weeks worked and that they were required to submit documentation to support their weeks claim.

10.     CAA received a total of eight (8) challenges to the number of weeks worked indicated by Defendant's records by the November 7, 2013 deadline. These challenges were forwarded to Class and Defendant's Counsel, and after a review by the Defendant, it was determined that in each such challenge the Defendant's records for the number of weeks worked were correct.

11.     The Notice Packet also informed recipients that any member of the Settlement Classes wishing to receive a monetary award must complete and return the Claim and Consent to Join Form, Substitute IRS W-9 Form and Appendix A – Release of Claims (collectively "Claim Form Package") to CAA so that it is received by December 18, 2013.

12.     CAA received a total of 661 unique Claim Form Packages on or before the filing deadline of December 18, 2013. A total of two (2) Claim Forms were denied for either missing a signature or initials in the release section of the Claim and Consent to Join Form. Thus, of the 661 timely received Claim Form Packages, 659 Claim Form Packages have been approved.

13.     CAA received a total of 29 unique Claim Form Packages after the filing deadline. CAA, with input from Class and Defense Counsel, propose handling these claims in the following way:

a.   Six (6) of these 29 untimely Claim Form Packages were received after December 18, 2013, but mailed via either USPS Express Mail or USPS Priority Mail, with a "Scheduled Date of Delivery" no later than December 18, 2013. As untimely receipt of the Claim Form Package was not a complete fault of the member of the Settlement Classes in these instances, these six (6) Claim Form Packages will be approved.

b.   23 of these 29 untimely Claim Form Packages were received after December 18, 2013 but there was no indication that the member of the Settlement Classes took steps to ensure delivery was made by the deadline.  Of those 23 untimely Claim Form Packages, 13 were postmarked before December 18, 2013 and 10 were postmarked on or after December 18, 2013.  The parties have agreed that the 13 untimely Claim Form Packages postmarked before December 18, 2013 may be accepted, while the other 10 should be denied.  Thus, 13 of these 23 Claim Form Packages will be approved.

Thus, of the 29 untimely received Claim Form Packages, nineteen (19) Claim Form Packages have been approved under special circumstances.

11.   In total, there are 678 approved Claim Form Packages representing participation from 68.1% of the original 995 members of the Settlement Classes. The gross benefits for these 678 Authorized Claimants totals $1,371,895.92, which is 79.6% of the Maximum Revised Gross Settlement Amount. On average, the 678 Authorized Claimants will receive approximately $2,023 each in gross benefits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of January, 2014.

Jason A. Dekdebrun

**EXHIBIT A**

## <u>Cintron v. BJ's Wholesale Club Class and Collective Action Settlement</u>

*Gene Cintron et al. v. BJ's Wholesale Club, Inc.*
Case No. 1:12-cv-11064-JLT

If you plan to submit a Claim Form Package, you must mail it so that it is <u>received</u> by the Claims Administrator by:

### December 18, 2013

For more information about the Settlement or to get a copy of your Claim Form Package, you can call the Claims Administrator toll-free at **1-855-326-1928**. You may also visit the website at **www.BJsClassSettlement.com** for more information.

*Back of Postcard*

---

**Cintron Claims Administrator**
c/o Class Action Administration, Inc.
PO Box 6878
Broomfield, CO 80021

FIRST-CLASS MAIL
U.S. POSTAGE PAID
WESTMINSTER, CO
PERMIT NO. 45

*Front of Postcard*